# EXHIBIT B



ADVERTISEMENT

YOUR TICKETS ARE WAITING.

ticketmaster

THE NOISEY GUIDE TO

# Here's How This Whole Guns N' Roses Reunion Will Go Down

 Dan Ozzi
Jun 7 2016, 1:00pm



## Let us look into the future at how the road to Coachella shakes out for Axl Rose and crew.

Throughout the late 80s and early 90s, Guns N' Roses were the unfuckwithable kings of their world. The band set the tone for what it meant to be a rock star for their generation—big hair, excessive partying, fuckloads of drugs, and even more women. But as members filtered out and the band fell from the top over time, the music landscape changed in their absence. Now, as they prepare to settle their differences and reunite for a headlining gig at Coachella this year, you can't help but wonder: How ready is Guns N' Roses for the social media-crazed music scene of 2016? Or maybe more appropriately, how ready is it for Guns N' Roses?

Let us now take a look into the future timeline of this proposed GNR reunion to see how this thing will shake out for them....